JOHN M. ZERBEY and CHARLES B. ROELLER, petitioners-appellants,

*v.*

LUTHER O. THOMAS, defendant-respondent.

[Argued February 2d, 1937.   Decided April 30th, 1937.]

*Mr. Emerson L. Richards,* for the appellants.

*Mr. William H. Smathers,* for the respondent.

PER CURIAM.

The decree below was in favor of the defendant-respondent. It rests largely, if not wholly, upon findings of fact by the vice-chancellor.   We have examined with care the record and are entirely satisfied that the decree was quite right, and it will be affirmed, with costs.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ.   15.

*For reversal*—None.